[No. 10054.   Department Two.   December 15, 1911.]

THE STATE OF WASHINGTON, *on the Relation of W. A. Coplen et al., Plaintiff,* v. THE SUPERIOR COURT FOR SPOKANE COUNTY, *Respondent.*[1]

CERTIORARI—WHEN LIES—REMEDY BY APPEAL. Certiorari does not lie to review an order denying a motion to quash a summons on the ground that the service was not made in the manner prescribed by law, since the same is reviewable on appeal from the final judgment.

Application for a writ of certiorari filed in the supreme court, December 11, 1911, to review an order of the superior court for Spokane county, Webster, J., entered October 10, 1911, denying a motion to quash a summons on the ground that the service was not made in the manner prescribed by law. Denied.

*Cannon, Ferris & Swan* and *John B. White,* for relators.

*Fred H. Witt,* for respondent.

PER CURIAM.—The relators have applied for a writ of certiorari to the superior court of Spokane county, asking us to review certain orders made by the superior court in a case then pending before it, wherein H. R. Von Dreathen is plaintiff and W. A. Coplen and wife are defendants. From an inspection of the application and the record before us, we are of the opinion that all the questions sought to be determined upon this hearing may properly be raised upon appeal. Therefore, following the established practice of this court in such cases, the writ is denied.

[1]Reported in 119 Pac. 383.